IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SULLIVAN; MARLENE )
SULLIVAN,                  )    2:10-cv-00384-GEB-EFB
                           )
          Plaintiffs,      )
                           )    ORDER CONTINUING STATUS
     v.                    )    (PRETRIAL SCHEDULING)
                           )    CONFERENCE
JP MORGAN CHASE BANK, NA,  )
                           )
          Defendant.       )
_____ )

          The Joint Status Report ("JSR") filed July 12, 2010, reveals

this case is not ready to be scheduled.   Therefore, the status

conference scheduled for July 26, 2010, is continued to November 15,

2010, at 9:00 a.m.   A further joint status report shall be filed no

later than fourteen (14) days prior to status conference.

          IT IS SO ORDERED.

Dated:  July 20, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1