IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SULLIVAN, MARLENE SULLIVAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, NA., and DOES 1 through 100, inclusive,<br><br>        Defendants. | 2:10-cv-00384-GEB-EFB<br><br>ORDER VACATING JUDGMENT AND SCHEDULING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        A judgment was filed on September 2, 2010 because the Order filed on September 2, 2010 failed to state in the conclusion of the order that a federal claim is still pending. Therefore, the judgment filed on September 2, 2010 is vacated.

        Further, a Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on January 18, 2011. A joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated: December 1, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1